UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LINDA WEDDINGTON, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>TWO RIVERS CAPITAL, LLC D/B/A IRSFRESHSTART.ORG,<br><br>        Defendant. | Case No.: 2:25-cv-12301-SJM-KGA<br><br>Chief Judge Stephen J. Murphy, III |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Under Federal Rule of Civil Procedure 6 and Local Rule 7.1(a), Defendant Two Rivers Capital, LLC d/b/a IRSFRESTSTART.ORG moves this Court for a 30-day extension of time (through September 22, 2025) to answer or otherwise respond to the Complaint. Defendant states the following in support of this motion.

    1.    Plaintiff filed her Complaint on July 28, 2025. ECF 1. She served Defendant on July 31, 2025, and Defendant's responsive pleading deadline is August 21, 2025.

    2.    Defendant has been diligent in gathering information since it received notice of this case. But the undersigned counsel requires additional time to: (a) familiarize themselves with the facts and circumstances surrounding this dispute; (b) investigate Plaintiff's claims; and (c) potentially discuss early resolution of this matter. Defendant therefore requested a 30-day extension to its response deadline.

    3.    Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

1

4. This is Defendant's first extension to respond to the Complaint and all parties consent to the relief sought.

5. The requested extension is made in good faith and not intended to delay the ultimate resolution of this case.

For these reasons, Defendant respectfully requests that the Court grant a 30-day extension from the current deadline of August 21, 2025, for Defendant to answer or otherwise respond to the Complaint, up through and including September 22, 2025.

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein
WATSTEIN TEREPKA, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
(404) 782-0695
ryan@wtlaw.com

*Counsel for Defendant*

Dated: August 19, 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| LINDA WEDDINTON, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TWO RIVERS CAPITAL, LLC D/B/A IRSFRESHSTART.ORG,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-12301-SJM-KGA<br><br>Chief Judge Stephen J. Murphy, III |

**BRIEF IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

2

## **CONCISE STATEMENT OF ISSUES PRESENTED**

1. Whether this Court should enter an Order granting Defendant Two Rivers Capital, LLC d/b/a IRSFRESTSTART.ORG a thirty-day extension to respond to Plaintiff's Complaint?

 Plaintiff answers:  Yes

 Defendant answers:  Yes

3

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

In support of its Motion for Extension of Time, Defendant Two Rivers Capital, LLC d/b/a IRSFRESTSTART.ORG relies on Fed. R Civ. P. 6(b).

## BRIEF IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

In support of this Motion, Defendant relies on the facts and authority cited above. Defendant submits that good cause exists for the relief requested herein, as Defendant recently retained counsel and a brief extension will not delay this action, but instead will allow the parties to resolve these claims on the merits and potentially discuss an early resolution.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant a 30-day extension from the current deadline of August 21, 2025, up through and including September 22, 2025.

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein
WATSTEIN TEREPKA, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
(404) 782-0695
ryan@wtlaw.com

*Counsel for Defendant*

Dated: August 19, 2025

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 19, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

                By: */s/ Ryan D. Watstein*
                   Ryan D. Watstein