UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA WEDDINGTON,

    Plaintiff,

v.

TWO RIVERS CAPITAL,

    Defendant.
_____/

Case No. 2:25-cv-12301

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER [3]

Defendant moved to extend the deadline to respond to Plaintiff's complaint by thirty days. ECF No. 3, PageID.21. Plaintiff did not oppose the motion. *Id.* So, the Court will grant Defendant's motion and extend the deadline to respond to Plaintiff's complaint to September 22, 2025.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's unopposed motion for an extension of time to respond [3] is **GRANTED**. Defendant shall **RESPOND** to Plaintiff's complaint no later than **September 22, 2025**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 20, 2025

1