UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA WEDDINGTON,

         Plaintiff,

v.

TWO RIVERS CAPITAL, LLC,

         Defendant.
_____/

Case No. 2:25-cv-12301

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER**
**EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Linda Weddington and Defendant Two Rivers Capital, LLC d/b/a IRSFRESTSTART.ORG, through their counsel, hereby stipulate and agree, and the Court orders, as follows:

1. Plaintiff filed her Complaint on July 28, 2025. ECF 1. She served Defendant on July 31, 2025.

2. On August 19, 2025, Defendant filed a timely motion requesting an extension of its deadline to respond to the Complaint to September 22, 2025, which the Court granted on August 20, 2025.

3. Counsel for the parties have conferred regarding Plaintiff's allegations, with Defendant denying any involvement in the alleged telephone solicitations.

4. To investigate Defendant's assertions and the actual caller at issue, Plaintiff has requested and Defendant has given consent for Plaintiff to issue

1

subpoenas to other entities who may have information regarding the actual caller at issue.

6. Plaintiff requires sufficient additional time to review the responses to any issued subpoenas, and potentially the need for further discovery, before deciding whether there should be any further proceedings in this case against Two Rivers Capital.

5. The parties seek to avoid proceedings that may end up becoming unnecessary, and which would take up Court resources when, at least with respect to Two Rivers Capital, no further proceedings may be necessary, obviating the need for a response to the Complaint.

6. Plaintiff requires sufficient additional time to review the responses to any issued subpoenas, and potentially the need for further discovery, before deciding whether there should be any further proceedings in this case against Two Rivers Capital.

**THE PARTIES THEREFORE AGREE, AND THE COURT ORDERS THAT** Defendant Two Rivers Capital's deadline to answer or otherwise respond to the Complaint is hereby extended by sixty (60) days to November 21, 2025.

SO ORDERED.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 23, 2025

Stipulated and Agreed:

/s/ *Anthony I Paronich*  
Anthony I. Paronich  
\**signed with expressed permission*  
PARONICH LAW, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
Telephone: (617) 485-0018  
Fax: (508) 318-8100  
anthony@paronichlaw.com  

*Counsel for Plaintiff*

/s/ *Ryan D. Watstein*  
Ryan D. Watstein  
WATSTEIN TEREPKA, LLP  
75 14th Street NE, Suite 2600  
Atlanta, Georgia 30309  
(404) 782-0695  
ryan@wtlaw.com  

*Counsel for Defendant*