UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA WEDDINGTON,

        Plaintiff,

v.

TWO RIVERS CAPITAL, LLC,

        Defendant.
_____/

Case No. 2:25-cv-12301

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER**
**EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Linda Weddington and Defendant Two Rivers Capital, LLC d/b/a IRSFRESHTSTART.ORG, through their counsel, hereby stipulate and agree, and the Court orders, as follows:

1. Plaintiff filed her Complaint on July 28, 2025. *See* ECF No. 1. She served Defendant on July 31, 2025. *See* ECF No. 2.

2. On August 19, 2025, Defendant filed a timely motion requesting an extension of its deadline to respond to the Complaint to September 22, 2025, which the Court granted on August 20, 2025. *See* ECF No. 3.

3. Prior to the expiration of the deadline, counsel for the parties conferred regarding Plaintiff's allegations, with Defendant denying any involvement in the alleged telephone solicitations.

4. The parties stipulated to a 60-day extension, so that Plaintiff could investigate Defendant's assertions and the actual caller at issue. To that end,

1

Plaintiff requested, and Defendant gave, consent for Plaintiff to issue subpoenas to other entities who may have information regarding the actual caller at issue.

5. The parties sought that stipulated extension to avoid proceedings that could end up becoming unnecessary, and which would take up Court resources when, at least with respect to Two Rivers Capital, no further proceedings may be necessary, obviating the need for a response to the Complaint.

6. The Court approved the stipulated extension, making Two Rivers Capital's new responsive pleading deadline November 21, 2025. *See* ECF No. 4.

7. During the 60-day period, Plaintiff served subpoenas on numerous third parties to investigate who was responsible for the calls at issue in the Complaint. The responses to those subpoenas required Plaintiff to serve additional subpoenas, and she is awaiting a response to at least one of them.

8. Plaintiff requires additional time to receive and review the responses to the presently issued subpoenas before deciding whether there should be any further proceedings in this case against Two Rivers Capital.

9. To ensure that Plaintiff can fully complete her investigation, and to avoid unnecessarily expending the resources of the parties or the Court, the parties seek an additional 21-day extension of time to respond to the Complaint.

10. The parties agree that they will not seek any additional extensions of time to respond to the Complaint.

**THE PARTIES THEREFORE AGREE, AND THE COURT ORDERS THAT** Defendant Two Rivers Capital's deadline to answer or otherwise respond to the Complaint is hereby extended by twenty-one (21) days to December 12, 2025.

**IT IS SO ORDERED.**

                                                  s/ Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: November 20, 2025

Stipulated and Agreed:

| | |
|---|---|
| *\*Anthony I. Paronich* | */s/ Ryan D. Watstein* |
| Anthony I. Paronich | Ryan D. Watstein |
| PARONICH LAW, P.C. | WATSTEIN TEREPKA, LLP |
| 350 Lincoln Street, Suite 2400 Hingham, MA 02043 | 75 14th Street NE, Suite 2600 Atlanta, Georgia 30309 |
| Telephone: (617) 485-0018 | (404) 782-0695 |
| Fax: (508) 318-8100 | ryan@wtlaw.com |
| anthony@paronichlaw.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

*Signed with express permission by Ryan Watstein