## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| LINDA WEDDINGTON | ) | |
| *on behalf of herself and* | ) | Civil Action No.: 25-cv-12301 |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| | ) | |
| TWO RIVERS CAPITAL, LLC D/B/A | ) | |
| IRSFRESHSTART.ORG | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Respectfully submitted in this 21st day of November, 2025

> */s/ Anthony I. Paronich*
> Anthony I. Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> anthony@paronichlaw.com
> *Counsel for Plaintiff*