UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA WEDDINGTON,

    Plaintiff,

V.                             CASE NO. 25-12301
                                HON. STEPHEN J. MURPHY, III

TWO RIVERS CAPITAL, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal (ECF No. 7) on November 22, 2025; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                          s/Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: November 24, 2025